**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

United States of America,

      Plaintiff,

v.

Arturo Leal-Monroy,

      Defendant.

**Case No. 18-cr-61 (MJD/SER)**

**ORDER ADOPTING REPORT AND RECOMMENDATION**

Diane Dodd, Esq., United States Attorney's Office, Minneapolis, Minnesota, for Plaintiff.

Douglas Olson, Esq., Office of the Federal Defender, Minneapolis, Minnesota, for Defendant.

The above-entitled matter before the Court upon the Report and Recommendation of United States Magistrate Judge Steven E. Rau, dated July 13, 2018 [Docket No. 37]. No objections have been filed to that Report and Recommendation in the time period permitted.

Based on the Report and Recommendation of the Magistrate Judge, and all of the files, records and proceedings herein, **IT IS HEREBY ORDERED** that Defendant Arturo Leal-Monroy's Motion to Suppress Statements, Admissions, and Answers [Doc. No. 22] is **DENIED as moot**.

Dated: August 1, 2018

                                             *s/ Judge Michael J. Davis*
                                             Michael J. Davis
                                             United States District Court